LAW OFFICE OF JULIE M. MCCOY
JULIE M. MCCOY, Bar no. 129640
JACQUELYNE M. NGUYEN, Bar no. 249658
1670 SANTA AVA AVE., SUITE "K"
COSTA MESA, CA 92627

Telephone: (949) 722-0055
Fax: (949) 722-8416

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV A 10-5354 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| MATTHEW S. FRANCZYK, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Matthew S. Franczyk, in the principal amount of $9,948.83 plus interest accrued to July 16, 2010, in the sum of $2,273.44; with interest accruing thereafter at $1.15 par day until entry of judgment, for a total amount of **$12,222.27**.

DATED: 9/2/2010              By: TERRY NAFISI
                                 Clerk of the Court

                                 L. RAYFORD
                                 Deputy Clerk
                                 United States District Court

Page 5